IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:93-CR-00159-M

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| WAYNE ANDERSON, | |
| Defendant. | |

This matter comes before the court on Defendant's Motion for Compassionate Release [DE 60]. On April 20, 2022, United States District Judge Terrance W. Boyle placed in this matter in abeyance pending resolution of a similar motion in the Southern District of Florida, where Defendant is subject to a life sentence. DE 69. On August 5, 2025, the parallel motion in the Southern District of Florida was denied, *United States v. Anderson*, No. 1:93-cr-00571-CMA-1, at DE 1230 (S.D. Fla. Aug. 5, 2025), so the court lifts the stay in this matter.

The 270-month sentence[1] imposed by Judge Boyle in 1994 has expired. While Defendant remains in BOP custody in connection with a separate criminal case, this court lacks the jurisdiction to reduce a sentence imposed in the Southern District of Florida. For these reasons,

---

[1] Defendant was originally sentenced to a total term of imprisonment of 300 months, but on September 23, 1997, Judge Boyle reduced this total term to 270 months pursuant to Federal Rule of Criminal Procedure 35. DE 1 at 6–7.

Defendant's motion [DE 60] is DENIED AS MOOT.

SO ORDERED this 27th day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE